[No. 21618-3-II.    Division Two.    October 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL ALEKSANDR CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00141-3, George L. Wood, J., entered January 31, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 37795-7-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAEWON PARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03241-5, Carol A. Schapira, J., entered December 4, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38175-0-I.    Division One.    November 3, 1997.]

*In the Matter of the Marriage of* ANTONIETA YOUNG, *Respondent*, and ANDRES BRIGHAM YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-05033-3, Norma Smith Huggins, J., entered February 5, 1996. *Affirmed* by unpublished per curiam opinion.

[Nos. 38458-9-I; 38228-4-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT A. VANHALTEREN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 95-1-06562-3, George T. Mattson, J., entered March 7, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.